B2100 (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Vermont

In Re **Vicki Lavern Woodard and Arthur Edward Knapp, Jr.**   Case No 15-11078-CAB
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Federal National Mortgage Association** <br> Name of Transferee | **U.S. Bank Trust N.A., as trustee of Bungalow Series F Trust** <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br><br> **Seterus, Inc.** <br> **P.O. Box 1047** <br> **Hartford, CT  06143** <br><br> Phone: ~~503-686-7840~~ <br> Last Four Digits of Acct #2468 | Court Claim # (if known): 20-1 <br> Amount of Claim: 131,668.37 <br> Date Claim Filed: 05/12/2017 <br><br> Phone: <br> Last Four Digits of Acct #3301 |
| Name and Address where transferee payments should be sent (if different then above): <br> **Same as above** <br> Phone: ~~503-686-7840~~ <br> Last Four Digits of Acct # 2468 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Catherine Rogers*   Date: May 23, 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In Re:  15-11078-CAB                )    Chapter 13 Proceeding
Vicki Lavern Woodard and Arthur     )
Edward Knapp, Jr.                   )
        Debtor                      )
                                    )
                                    )

### CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that, on or before the 29th day of May, 2018, a copy of the Transfer of Claim was served to the following:

Vicki Lavern Woodard and Arthur Edward
Knapp, Jr.
Debtor
233 Sycamore Lane
Shaftsbury, VT 05262
*Via First Class Mail*

Jan M. Sensenich, Esq.
Trustee
*Via Electronic Notice of Filing*

Rebecca A. Rice, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

Dated at Farmington, CT this 29th day of May, 2018.

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
The Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com